| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>Attorneys for Debtor, Jeff H Brown<br>David G. Beslow, Esq. #DGB-5300 |

| In Re: | Case No. 26-15422 MEH |
|---|---|
| **JEFF H BROWN** | Chapter: 13 |
| | Hearing Date: June 9, 2026 |
| Debtor, | Hon. Mark Edward Hall |

## APPLICATION TO ADJOURN ORDER TO SHOW CAUSE AND FOR 14 DAY EXTENSION TO FILE
## CHAPTER 13 SCHEDULES AND PLAN

David G. Beslow, Esq. hereby states as follows:

1.    I am an attorney at law authorized to practice in the State of New Jersey.  I make this application on behalf of the debtor, Jeff H Brown ("Debtor") in the above-referenced proceeding.

2.    On May 13, 2026 the debtor filed a Chapter 13 petition.

3.    An Order to Show Cause Why Case Should Not Be Dismissed for failure to file documents (Doc 4) was scheduled for June 9, 2025.

4.    This is the Debtor's first request for additional time to file schedules. The bankruptcy case was filed as an emergency to stop a scheduled foreclosure sale. As such, there was not sufficient time prior to the filing to properly prepare all required documents for the Court.

5.      The Debtor had an appointment to review the ordered judgment and mortgage searches but was unable to appear in our office. Our office has provided the Debtor with a list of all documents needed to complete his balance of schedules and plan, which includes but is not limited to tax returns, paystubs and an appraisal of property. We expect that the Debtor will be in a position to complete all paperwork within the next fourteen (14) days.

6.      For these reasons, and any other that the Court deems fit to adopt, we respectfully request that that the Court extend the time to file the balance of schedules and plan by fourteen (14) days.


WHEREFORE, the debtor through his attorney requests that the time for filing Chapter 13 schedules and plan be extended for a period of fourteen (14) days.


DATED:      June 8, 2026                    By:     /s/ David G. Beslow, Esq.
                                                    **DAVID G. BESLOW, ESQ.**
                                                    GOLDMAN & BESLOW, LLC