UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

JEFF H BROWN

CASE NO: 26-15422

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 11
Judge: Mark E. Hall
Hearing Date: June 9, 2026
Hearing Time: 10:00 a.m.

On 6/8/2026, I did cause a copy of the following documents, described below,

Application for Extension of Time to File Schedules and Plan ECF Docket Reference No. 11

Proposed Order for Extension of Time to File Schedules and Plan 11

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/8/2026

/s/ David G. Beslow, Esq.
David G. Beslow, Esq.  DGB-5300
Attorney for Debtor
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
973-677-9000
cfinnerty@goldmanlaw.org

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

JEFF H BROWN

CASE NO: 26-15422

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 11
Judge: Mark E. Hall
Hearing Date: June 9, 2026
Hearing Time: 10:00 a.m.

On 6/8/2026, a copy of the following documents, described below,

Application for Extension of Time to File Schedules and Plan ECF Docket Reference No. 11

Proposed Order for Extension of Time to File Schedules and Plan 11

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/8/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David G. Beslow, Esq.
Goldman & Beslow, LLC
7 Glenwood Avenue, Suite 311B
East Orange, NJ  07017

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

RESURGENT CAPITAL
P O BOX 10587
GREENVILLE SC 29603

EXCLUDE

US BANKRUPTCY COURT
MLK JR FEDERAL BUILDING
50 WALNUT STREET
NEWARK NJ 07102-3550

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
03122
CASE 26-15422-MEH
DISTRICT OF NEW JERSEY
NEWARK
MON JUN 8 13-47-04 EDT 2026

AFFINITY FEDERAL CREDIT UNION
73 MOUNTAIN VIEW BLVD
BASKING RIDGE NJ 07920-2332

AFFINITY FEDERAL CREDIT UNION
CO SALDUTTI LAW GROUP
1040 NORTH KINGS HIGHWAY
SUITE 100
CHERRY HILL NJ 08034-1925

AFFINITY FEDERAL CREDIT UNION
ATTN BANKRUPTCY
73 MOUNTAINVIEW BOULEVARD
BASKING RIDGE NJ 07920-2332

AFFINITY FEDERAL CREDIT UNION
CO SALDUTTI LAW GROUP
1040 KINGS HIGHWAY N SUITE 100
CHERRY HILL NJ 08034-1925

AMERICAN EXPRESS TRAVEL RELATED SERVICES
ATTN BANKRUPTCY
PO BOX 981537
EL PASO TX 79998-1537

AMERICAN EXPRESS TRAVEL RELATED SERVICES
PO BOX 981537
EL PASO TX 79998-1537

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981535
EL PASO TX 79998-1535

AMEX
PO BOX 981537
EL PASO TX 79998-1537

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON DE 19899-8801

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON DE 19899-8803

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY UT 84131-0293

CENTRAL RESEARCH INCD
CRI ATTN BANKRUPTCY
PO BOX 83106
LINCOLN NE 68501-3106

CENTRAL RESEARCH INCD
PO BOX 82539
LINCOLN NE 68501-2539

CHASE AUTO FINANCE
700 KANSAS LANE
MONROE LA 71203-4774

CHASE AUTO FINANCE
ATTN BANKRUPTCY
700 KANSAS LANE LA4 - 4025
MONROE LA 71203-4774

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON DE 19850-5299

CHASE CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850-5369

CONNEXUSSOL
4445 WILLARD AVE
CHEVY CHASE MD 20815-3690

CONNEXUSSOL
CONNEXUS ENERGY ATTN BANKRUPTCY
14601 RAMSEY BOULEVARD
RAMSEY MN 55303-6024

(P)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

COSTCO CITI CARD
ATTN BANKRUPTCY
PO BOX 6500
SIOUX FALLS SD 57117-6500

COSTCO CITI CARD
PO BOX 6190
SIOUX FALLS SD 57117-6190

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE ROAD STE 3000
SOUTHFIELD MI 48034-8331

CREDIT ACCEPTANCE
PO BOX 5070
SOUTHFIELD MI 48086-5070

(P)DENEFITS
1 TECHNOLOGY DR BUILDING I
SUITE 821
IRVINE CA 92618-2319

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER BANK CO
PRESSLER FELT  WARSHAW
7 ENTIN ROAD
PARSIPPANY NJ 07054-5020

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY UT 84130-0939

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LAKEVIEW LOAN SERVICING
4425 PONCE DE LEON BLVD
MAIL STOP MS5251
CORAL GABLES FL 33146-1839

LAKEVIEW LOAN SERVICING CO
KML LAW GROUP
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

LENDING CLUB
88 KEARNY STREET
SAN FRANCISCO CA 94108-5530

LENDING CLUB
ATTN BANKRUPTCY
595 MARKET STREET SUITE 200
SAN FRANCISCO CA 94105-5839

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

(P)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

MACYS DSNB
PO BOX 6789
SIOUX FALLS SD 57117-6789

MAGNOLIA BANK INC
POB 188
HODGENVILLE KY 42748-0188

MR COOPER
5151 CORPORATE DRIVE
TROY MI 48098-2639

MR COOPER
ATTN BANKRUPTCY
8950 CYPRESS WATERS BLVD
COPPELL TX 75019-4620

NAVY FCU
ATTN BANKRUPTCY
PO BOX 3300
MERRIFIELD VA 22119-3300

NAVY FCU
ONE SECURITY PLACE
MERRIFIELD VA 22119-0001

NAVY FEDERAL CR UNION
PO BOX 3700
MERRIFIELD VA 22119-3700

NELNET
2401 INTERNATIONAL LANE
MADISON WI 53704-3121

NELNET
ATTN BANKRUPTCY DEPARTMENT
POBOX 82505
LINCOLN NE 68501-2505

OCWEN LOAN SERVICING LLC
1 MORTGAGE WAY
MOUNT LAUREL NJ 08054-4637

OCWEN LOAN SERVICING LLC
ATTN BANKRUPTCY
1661 WORTHINGTON RD SUITE 100
WEST PALM BEACH FL 33409-6493

PHH MORTGAGE
1661 WORTHINGTON RD
WEST PALM BEACH FL 33409-6488

PHH MORTGAGE
ATTN BANKRUTPCY
POBOX 24736
WEST PALM BEACH FL 33416-4736

PENTAGON FEDERAL CREDIT UNION
1001 N FAIRFAX ST
ALEXANDRIA VA 22314-1797

PENTAGON FEDERAL CREDIT UNION
ATTN BANKRUPTCY
2930 EISENHOWER AVENUE
ALEXANDRIA VA 22314-4557

PROSPER FUNDING LLC
221 MAIN STREET
SAN FRANCISCO CA 94105-1906

(P)PROSPER MARKETPLACE INC
221 MAIN STREET STE 300
SAN FRANCISCO CA 94105-1909

QUANTUM3 GROUP LLC AS AGENT FOR
CREDIT CORP SOLUTIONS INC
PO BOX 788
KIRKLAND WA 98083-0788

SANTANDER CONSUMER USA INC
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH TX 76161-0244

SANTANDER CONSUMER USA INC
PO BOX 961211
FORT WORTH TX 76161-0211

SPECIALIZED LOAN SERVICING
P O BOX 10826
GREENVILLE SC 29603-0826

SPRINGLF FIN
PO BOX 1010
EVANSVILLE IN 47706-1010

(P)STATE OF NEW JERSEY DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

SYNCHRONY BANKLOWES
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANKLOWES
PO BOX 71727
PHILADELPHIA PA 19176-1727

SYNCHRONYPAYPAL CREDIT
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO FL 32896-5064

SYNCHRONYPAYPAL CREDIT
PO BOX 71727
PHILADELPHIA PA 19176-1727

TRANSUNION CONSUMER SOLUTIONS
PO BOX 2000
CRUM LYNNE PA 19022

TRANSUNION LLC
2 BALDWIN PLACE
PO BOX 1000
CHESTER PA 19016-1000

TRUIST FINANCIAL
ATTN BANKRUPTCY
214 N TRYON ST STE 3
CHARLOTTE NC 28202-1023

TRUIST FINANCIAL
PO BOX 849
WILSON NC 27894-0849

US DEPARTMENT OF HOUSING AND URBAN DEVELOP
26 FEDERAL PLAZA SUITE 3541
NEW YORK NY 10278-0004

US TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK NJ 07102-5235

US DEPARTMENT OF HUD
451 7TH STREET SW
WASHINGTON DC 20410-0001

US DEPARTMENT OF HUD
CO DEVAL LLC
WEST POINT 1 SUITE 1244
CORPORATE DRIVE SUITE 300
IRVING TX 75038

US DEPARTMENT OF HOUSING AND URBAN DEV
26 FEDERAL PLAZA
SUITE 3541
NEW YORK NY 10278-0004

US SMALL BUSINESS ADMINISTRATION
2 GATEWAY CENTER
SUITE 1002
NEWARK NJ 07102-5006

US SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET
SUITE 320
BIRMINGHAM AL 35203-4002

US SMALL BUSINESS ADMINISTRATION
ATTN DISTRICT COUNSEL
TWO GATEWAY CENTER
SUITE 1002
NEWARK NJ 07102-5006

US SMALL BUSINESS ADMINISTRATION
DISASTER ASSISTANCE
14925 KINGSPORT ROAD
FORT WORTH TX 76155-2243

DEBTOR

US SMALL BUSINESS ADMINISTRATION
PO BOX 740192
ATLANTA GA 30374-0192

WELLS FARGO DEALER SERVICES
CREDIT BUREAU OPERATIONS ATTN BANKRUPT
MAC D1127-028 PO BOX 71092
CHARLOTTE NC 28272-1092

JEFF H BROWN
26 BAKER AVENUE
DOVER NJ 07801-2543

MARIEANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD NJ 07004-1550