UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677 9000
Attorneys for Debtor, Jeff H. Brown
David G. Beslow, Esq.  #DGB 5300

In Re:

JEFF H. BROWN

Order Filed on June 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number:     26 15422

Hearing Date:    June 9, 2026

Judge:           MEH

Chapter:         13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 9, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted.  The deadline to file schedules is extended to __June 22, 2026_____.
If Debtor fails to file the missing documents by the extended deadline, then the case will be dismissed without further notice.

☐ Denied.

*rev.12/1/2025*

2