UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311b
East Orange, New Jersey 07017
(973) 677 9000
David G. Beslow, Esq. DGB 5300
Attorney for Debtor, Jeff H Brown

Order Filed on June 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JEFF H BROWN

| | |
|---|---|
| Case Number: | 26 15422 |
| Hearing Date: | June 23, 2026 |
| Judge: | Hon. Mark Edward Hall |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

DATED: June 23, 2026

Honorable Mark E. Hall
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

[x] Granted.  The deadline to file schedules is extended to ___7/6/2026_____.
   If Debtor fails to file the missing documents by the extended deadline, then the
   case will be dismissed without further notice.

[ ] Denied.

*rev.12/1/2025*