UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue, Suite 311b
East Orange, New Jersey 07017
(973) 677 9000
David G. Beslow, Esq. DGB 5300
Attorney for Debtor, Jeff H Brown

Order Filed on June 23, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JEFF H BROWN

| | |
|---|---|
| Case Number: | 26 15422 |
| Hearing Date: | June 23, 2026 |
| Judge: | Hon. Mark Edward Hall |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 23, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

[X] Granted. The deadline to file schedules is extended to ___7/6/2026___.
   If Debtor fails to file the missing documents by the extended deadline, then the case will be dismissed without further notice.

[ ] Denied.

*rev.12/1/2025*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 26-15422-MEH

Jeff H Brown                                                                                            Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                    Page 1 of 2

Date Rcvd: Jun 23, 2026                            Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Jeff H Brown, 26 Baker Avenue, Dover, NJ 07801-2543

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

**Name                          Email Address**

Brian J. Schaffer
                              on behalf of Creditor Affinity Federal Credit Union bschaffer@slgcollect.com  anovoa@slgcollect.com

David G. Beslow
                              on behalf of Debtor Jeff H Brown ecf@goldmanlaw.org
                              yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.b
                              estcase.com;GoldmanBeslowLLC@jubileebk.net

Marie-Ann Greenberg
                              magecf@magtrustee.com

Matthew K. Fissel
                              on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Rebecca K. McDowell
                              on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee

District/off: 0312-2                              User: admin                                        Page 2 of 2

Date Rcvd: Jun 23, 2026                        Form ID: pdf903                              Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6