Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26–15422–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeff H Brown
   26 Baker Avenue
   Dover, NJ 07801

Social Security No.:
   xxx–xx–5776

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        8/5/26
Time:        09:45 AM
Location:        Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor,
Newark, NJ 07102

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 7, 2026
JAN: mlc

          Jeanne Naughton
          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-15422-MEH

Jeff H Brown                                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                      Page 1 of 7

Date Rcvd: Jul 07, 2026                        Form ID: 132                                  Total Noticed: 96

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jeff H Brown, 26 Baker Avenue, Dover, NJ 07801-2543 |
| 521212547 | + | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212566 | + | Connexus/sol, 4445 Willard Ave, Chevy Chase, MD 20815-3690 |
| 521212576 | + | Discover Bank c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521212588 | + | Lakeview Loan Servicing c/o, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521212594 | + | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 521212603 | + | Magnolia Bank Inc, Pob 188, Hodgenville, KY 42748-0188 |
| 521212622 | + | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 521212620 | + | Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 521239337 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 521212641 | + | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 521212642 | | US Department of HUD, c/o Deval LLC, West Point 1, Suite 1244, Corporate Drive Suite 300, Irving, TX 75038 |
| 521212640 | + | US Department of Housing and Urban Dev., 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2026 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2026 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jul 07 2026 21:20:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 521212509 | + | Email/Text: bankruptcycare@affinityfcu.com | Jul 07 2026 21:20:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 521236327 | + | Email/Text: rmcdowell@slgcollect.com | Jul 07 2026 21:20:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 521212512 | + | Email/Text: bankruptcycare@affinityfcu.com | Jul 07 2026 21:20:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 521245022 | | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 21:28:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521212516 | + | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 21:28:48 | American Express Travel Related Services, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212515 | + | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 21:28:56 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX |

District/off: 0312-2        User: admin        Page 2 of 7

Date Rcvd: Jul 07, 2026        Form ID: 132        Total Noticed: 96

| | | | |
|---|---|---|---|
| | | | 79998-1537 |
| 521212517 | + Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 21:28:56 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212524 | + Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 21:29:03 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212531 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 07 2026 21:20:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521212532 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 07 2026 21:20:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 521212567 | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2026 21:20:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 521212568 | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2026 21:20:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 521212533 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 21:28:54 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521212535 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 21:28:47 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521244701 | + Email/PDF: ebn_ais@aisinfo.com | Jul 07 2026 21:28:57 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521212537 | + Email/Text: Claims@cri.studentaid.gov | Jul 07 2026 21:20:00 | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212557 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 21:29:02 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, La4 - 4025, Monroe, LA 71203-4774 |
| 521212558 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 21:29:03 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 521212562 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 21:28:47 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521212559 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 21:28:55 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521212565 | + Email/Text: bankruptcy@connexusenergy.com | Jul 07 2026 21:21:00 | Connexus/sol, Connexus Energy, Attn: Bankruptcy, 14601 Ramsey Boulevard, Ramsey, MN 55303-6024 |
| 521212569 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 21:29:04 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 521212570 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 21:28:58 | Costco Citi Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 521212571 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 07 2026 21:19:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 521212572 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 07 2026 21:19:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 521212574 | + Email/Text: paulnguyen@denefits.com | Jul 07 2026 21:20:00 | Denefits, 1 Technology Dr, Suite I-821, Irvine, CA 92618 |
| 521212573 | + Email/Text: paulnguyen@denefits.com | Jul 07 2026 21:20:00 | Denefits, Attn: Bankruptcy, 16500 Bake Pkwy Suite 100, Irvine, CA 92618 |
| 521212575 | Email/Text: mrdiscen@discover.com | Jul 07 2026 21:20:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 521212601 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 21:29:04 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 521212577 | + Email/Text: mrdiscen@discover.com | Jul 07 2026 21:20:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |

District/off: 0312-2                              User: admin                                    Page 3 of 7

Date Rcvd: Jul 07, 2026                          Form ID: 132                                   Total Noticed: 96

| 521212578 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Jul 07 2026 21:20:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521212579 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Jul 07 2026 21:20:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521212580 | ^ | MEBN | | |
| | | | Jul 07 2026 21:20:01 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521212581 | ^ | MEBN | | |
| | | | Jul 07 2026 21:19:18 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521212582 | + | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jul 07 2026 21:20:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 521212584 | + | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jul 07 2026 21:20:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 521244582 | ^ | MEBN | | |
| | | | Jul 07 2026 21:20:50 | First National Bank of Omaha, c/o BQ & Associates, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 521212586 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Jul 07 2026 21:20:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521250800 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Jul 07 2026 21:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521221305 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 07 2026 21:28:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521212587 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jul 07 2026 21:20:00 | Lakeview Loan Servicing, 4425 Ponce De Leon Blvd., Mail Stop Ms5/251, Coral Gables, FL 33146-1839 |
| 521212589 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Jul 07 2026 21:20:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521212599 | | Email/Text: camanagement@mtb.com | | |
| | | | Jul 07 2026 21:20:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521212600 | | Email/Text: camanagement@mtb.com | | |
| | | | Jul 07 2026 21:20:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 521212602 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 07 2026 21:28:50 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 521212605 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jul 07 2026 21:20:00 | Mr Cooper, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 521212604 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jul 07 2026 21:20:00 | Mr Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 521212608 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Jul 07 2026 21:21:00 | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 521212606 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Jul 07 2026 21:21:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 521212610 | + | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | | Jul 07 2026 21:21:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 521212613 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Jul 07 2026 21:21:00 | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 521212612 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Jul 07 2026 21:21:00 | Nelnet, Attn: Bankruptcy Department, P.O.Box 82505, Lincoln, NE 68501-2505 |
| 521212614 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | | Jul 07 2026 21:20:00 | Ocwen Loan Servicing, LLC, Attn. Bankruptcy, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 521212615 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | | Jul 07 2026 21:20:00 | Ocwen Loan Servicing, LLC, 1 Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 521212618 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | | Jul 07 2026 21:20:00 | PHH Mortgage, Attn: Bankrutpcy, P.O.Box 24736, West Palm Beach, FL 33416-4736 |

| | | | |
|---|---|---|---|
| 521212619 | + Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Jul 07 2026 21:20:00 | PHH Mortgage, 1661 Worthington Rd, West Palm Beach, FL 33409-6488 |
| 521212617 | + Email/Text: bkrgeneric@penfed.org | | |
| | | Jul 07 2026 21:19:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 521212616 | + Email/Text: bkrgeneric@penfed.org | | |
| | | Jul 07 2026 21:19:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 521212622 | + Email/PDF: ProsperBKDetection@resurgent.com | | |
| | | Jul 07 2026 21:28:57 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 521212620 | + Email/PDF: ProsperBKDetection@resurgent.com | | |
| | | Jul 07 2026 21:28:49 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 521232948 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 07 2026 21:20:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 521212629 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Jul 07 2026 21:20:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521212624 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Jul 07 2026 21:21:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 521212625 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Jul 07 2026 21:21:00 | Santander Consumer USA, Inc, Po Box 961211, Fort Worth, TX 76161-0211 |
| 521212626 | ^ MEBN | | |
| | | Jul 07 2026 21:20:35 | Specialized Loan Servicing, P.O.Box 10826, Greenville, SC 29603-0826 |
| 521212628 | + Email/PDF: cbp@omf.com | | |
| | | Jul 07 2026 21:28:53 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 521212630 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 07 2026 21:29:03 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521212632 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 07 2026 21:28:53 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 521212635 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 07 2026 21:28:53 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 521212634 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 07 2026 21:29:01 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 521212636 | ^ MEBN | | |
| | | Jul 07 2026 21:19:28 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521212637 | ^ MEBN | | |
| | | Jul 07 2026 21:19:40 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521212639 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Jul 07 2026 21:20:00 | Truist Financial, Po Box 849, Wilson, NC 27894-0849 |
| 521212638 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Jul 07 2026 21:20:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 521248899 | + Email/Text: Claims@cri.studentaid.gov | | |
| | | Jul 07 2026 21:20:00 | U.S. Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 521212646 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Jul 07 2026 21:20:00 | US Small Business Administration, Disaster Assistance, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 521212643 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Jul 07 2026 21:20:00 | US Small Business Administration, ATTN: District Counsel, Two Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 521212644 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | Jul 07 2026 21:20:00 | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

| 521212647 | + Email/Text: bankruptcynotices@sba.gov | Jul 07 2026 21:20:00 | US Small Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 521212645 | Email/Text: bankruptcynotices@sba.gov | Jul 07 2026 21:21:00 | US Small Business Administration, PO Box 740192, Atlanta, GA 30374-0192 |
| 521212651 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jul 07 2026 21:28:55 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 521212648 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jul 07 2026 21:28:48 | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Mac D1127-028, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 85

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 521212511 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 521212510 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 521212513 | *+ | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 521212514 | *+ | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 521245026 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521245027 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521212518 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212519 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212520 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212521 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212522 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212523 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212525 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212526 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212527 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212528 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212529 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212530 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212534 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521212536 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521212538 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212539 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212540 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212541 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212542 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212543 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212544 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212545 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212546 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212548 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212549 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212550 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212551 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212552 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212553 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212554 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212555 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212556 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212563 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521212564 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521212560 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521212561 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521212583 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1626, address filed with court:, Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: 132 | Total Noticed: 96 |

| | | |
|---|---|---|
| 521212585 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1626, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 521255647 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521255860 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521212590 | *+ | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521212591 | *+ | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521212592 | *+ | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521212593 | *+ | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521212595 | *+ | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 521212596 | *+ | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 521212597 | *+ | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 521212598 | *+ | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 521212609 | *+ | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 521212607 | *+ | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 521212611 | *+ | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 521212623 | *+ | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 521212621 | *+ | Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 521212627 | *+ | Specialized Loan Servicing, P. O. Box 10826, Greenville, SC 29603-0826 |
| 521212631 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521212633 | *+ | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 521212652 | *+ | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 521212653 | *+ | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 521212649 | *+ | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Mac D1127-028, Po Box 71092, Charlotte, NC 28272-1092 |
| 521212650 | *+ | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Mac D1127-028, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 0 Undeliverable, 66 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name**                **Email Address**

Brian J. Schaffer
                        on behalf of Creditor Affinity Federal Credit Union bschaffer@slgcollect.com  anovoa@slgcollect.com

David G. Beslow
                        on behalf of Debtor Jeff H Brown ecf@goldmanlaw.org
                        yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Marie-Ann Greenberg
                        magecf@magtrustee.com

Matthew K. Fissel
                        on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Rebecca K. McDowell
                        on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6