**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease     0 Lien Avoidance

**Last revised: November 14, 2023**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**New Jersey**

In Re:      **Jeff H Brown**                                    Case No.:        **26-15422**
                                                                Judge:            **MEH**

                          Debtor(s)

**CHAPTER 13 PLAN AND MOTIONS**

☑ Original                    ☐ Modified/Notice Required        Date:   7/6/2026
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

| **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.* |
| --- |

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT  LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c

Initial Debtor(s)' Attorney    /s/ DGB        Initial Debtor:    **/s/ JHB**        Initial Co-Debtor

**Part 1:  Payment and Length of Plan**

a.  The debtor shall pay to the Chapter 13 Trustee $**1500.00** monthly for **60** months starting on the first of the month following the filing of the petition.

b.  The debtor shall make plan payments to the Trustee from the following sources:
☑    Future Earnings
☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:
☐    Sale of real property
Description:
Proposed date for completion:          _____

☐    Refinance of real property:
Description:
Proposed date for completion:          _____

☐    Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion:          _____

d.  ☐    The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

☐    If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e.  For debtors filing joint petition:
☐    Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor:  _____          Initial Co-Debtor:  _____

## Part 2:  Adequate Protection                           X  NONE

a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a.        All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $**unknown** |
| DOMESTIC SUPPORT OBLIGATION | | **-NONE-** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **unknown** |
| **State of New Jersey Division of Taxation** | **Taxes and certain other debts** | **unknown** |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

     a.    **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| M&T Bank | 1st mortgage arrears - 26 Baker Avenue, Dover NJ | $50,000 - estimated arrears | n/a | $50,000 - or full pre-petition arrears claim subject to Debtor's right to object to claim | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered |

     b.    **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|

     c.    **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|

     d.    **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

        1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

3

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.**     **Surrender** ☑ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following
collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f.**     **Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| US Dept. of HUD | 26 Baker Avenue, Dover, NJ |
| Connexus/Mosaic | 26 Baker Avenue, Dover NJ |
| Credit Acceptance | 2016 Lexus |

**g.**     **Secured Claims to be Paid in Full Through the Plan:** ☐ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
| **Palisades Collection** | **26 Baker Avenue Dover, NJ 07801  Morris County** | $405.66 | 1 | **$415.80 - lien to be released and debt deemed fully satisfied upon payment of $415.80 through plan** |
| **State of New Jersey** | **26 Baker Avenue Dover, NJ 07801  Morris County** | $200.00 | 1 | **$205.20- lien to be released and debt deemed fully satisfied upon payment of $205.20 through plan** |
| **Discover** | **26 Baker Avenue Dover, NJ 07801  Morris County** | $22,521.00 | 1 | **$23,098.20 - lien to be released and debt deemed fully satisfied upon payment of $23,098.20  through plan** |

**Part 5:  Unsecured Claims**          **NONE**

**a.**     **Not separately classified**  allowed non-priority unsecured claims shall be paid:

☐          Not less than $____ to be distributed *pro rata*

☐          Not less than ___ percent

☑        *Pro Rata* distribution from any remaining funds

**b.**        **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| | | | |

**Part 6:  Executory Contracts and Unexpired Leases**        **X**  **NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| | | | | |

**Part 7:  Motions**  ☑ N O N E

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of**
**Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

**a.**        **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b**.        **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c.    **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

d.    Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

## Part 8:  Other Plan Provisions

a.    **Vesting of Property of the Estate**

☑    Upon Confirmation
☐    Upon Discharge

b.    **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c.    **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) **Chapter 13 Standing Trustee Commissions**
2) **Other Administrative Claims - including Attorney Fees & Costs**
3) **Priority Claims**
4) **Secured Claims**
5) **Lease Arrearages**
6) **General Unsecured Claims**

d.    **Post-Petition Claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:  Modification          X NONE

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

Explain below **why** the plan is being modified:

Are Schedules I and J being filed simultaneously with this Modified Plan?          ☐ Yes          ☐ No

## Part 10 :  Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE

6

☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date:    **July  6, 2026**                          **/s/ Jeff H Brown**

                                                    **Jeff H Brown**
                                                    Debtor
Date:

                                                    Joint Debtor


Date    **July  6, 2026**                          **/s/ David G. Beslow, Esq.**

                                                    **David G. Beslow, Esq.**
                                                    Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 26-15422-MEH

Jeff H Brown                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                    Page 1 of 7

Date Rcvd: Jul 07, 2026                 Form ID: pdf901                 Total Noticed: 96

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeff H Brown, 26 Baker Avenue, Dover, NJ 07801-2543 |
| 521212547 | + | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212566 | + | Connexus/sol, 4445 Willard Ave, Chevy Chase, MD 20815-3690 |
| 521212576 | + | Discover Bank c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521212588 | + | Lakeview Loan Servicing c/o, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521212594 | + | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 521212603 | + | Magnolia Bank Inc, Pob 188, Hodgenville, KY 42748-0188 |
| 521212622 | + | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 521212620 | + | Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 521239337 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 521212641 | + | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 521212642 | | US Department of HUD, c/o Deval LLC, West Point 1, Suite 1244, Corporate Drive Suite 300, Irving, TX 75038 |
| 521212640 | + | US Department of Housing and Urban Dev., 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2026 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2026 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jul 07 2026 21:20:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 521212509 | + | Email/Text: bankruptcycare@affinityfcu.com | Jul 07 2026 21:20:00 | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 521236327 | + | Email/Text: rmcdowell@slgcollect.com | Jul 07 2026 21:20:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 521212512 | + | Email/Text: bankruptcycare@affinityfcu.com | Jul 07 2026 21:20:00 | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 521245022 | | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 21:28:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521212516 | + | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 21:28:56 | American Express Travel Related Services, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212515 | + | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 21:29:03 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX |

District/off: 0312-2          User: admin          Page 2 of 7

Date Rcvd: Jul 07, 2026          Form ID: pdf901          Total Noticed: 96

| | | | |
|---|---|---|---|
| | | | 79998-1537 |
| 521212517 | + Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 21:28:56 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212524 | + Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 21:28:56 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212531 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 07 2026 21:20:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 521212532 | + Email/Text: BarclaysBankDelaware@tsico.com | Jul 07 2026 21:20:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 521212567 | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2026 21:20:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 521212568 | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2026 21:20:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 521212533 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 21:28:55 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521212535 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 21:28:47 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521244701 | + Email/PDF: ebn_ais@aisinfo.com | Jul 07 2026 21:28:49 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521212537 | + Email/Text: Claims@cri.studentaid.gov | Jul 07 2026 21:20:00 | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212557 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 21:28:47 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, La4 - 4025, Monroe, LA 71203-4774 |
| 521212558 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 21:29:01 | Chase Auto Finance, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 521212562 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 21:28:53 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521212559 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 21:28:54 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521212565 | + Email/Text: bankruptcy@connexusenergy.com | Jul 07 2026 21:21:00 | Connexus/sol, Connexus Energy, Attn: Bankruptcy, 14601 Ramsey Boulevard, Ramsey, MN 55303-6024 |
| 521212569 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 21:50:20 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 521212570 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 21:50:17 | Costco Citi Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 521212571 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 07 2026 21:19:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 521212572 | + Email/Text: ebnnotifications@creditacceptance.com | Jul 07 2026 21:19:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 521212574 | + Email/Text: paulnguyen@denefits.com | Jul 07 2026 21:20:00 | Denefits, 1 Technology Dr, Suite I-821, Irvine, CA 92618 |
| 521212573 | + Email/Text: paulnguyen@denefits.com | Jul 07 2026 21:20:00 | Denefits, Attn: Bankruptcy, 16500 Bake Pkwy Suite 100, Irvine, CA 92618 |
| 521212575 | Email/Text: mrdiscen@discover.com | Jul 07 2026 21:20:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 521212601 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 21:28:50 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 521212577 | + Email/Text: mrdiscen@discover.com | Jul 07 2026 21:20:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |

District/off: 0312-2                          User: admin                                  Page 3 of 7
Date Rcvd: Jul 07, 2026                       Form ID: pdf901                             Total Noticed: 96

| | | | |
|---|---|---|---|
| 521212578 | | Email/Text: bankruptcycourts@equifax.com | |
| | | Jul 07 2026 21:20:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 521212579 | | Email/Text: bankruptcycourts@equifax.com | |
| | | Jul 07 2026 21:20:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 521212580 | ^ MEBN | | |
| | | Jul 07 2026 21:20:03 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521212581 | ^ MEBN | | |
| | | Jul 07 2026 21:19:21 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 521212582 | + Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Jul 07 2026 21:20:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 521212584 | + Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Jul 07 2026 21:20:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 521244582 | ^ MEBN | | |
| | | Jul 07 2026 21:20:51 | First National Bank of Omaha, c/o BQ & Associates, 14211 Arbor Street, Suite 100, Omaha, NE 68144-2312 |
| 521212586 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Jul 07 2026 21:20:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521250800 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Jul 07 2026 21:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521221305 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 07 2026 21:28:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521212587 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 07 2026 21:20:00 | Lakeview Loan Servicing, 4425 Ponce De Leon Blvd., Mail Stop Ms5/251, Coral Gables, FL 33146-1839 |
| 521212589 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Jul 07 2026 21:20:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521212599 | | Email/Text: camanagement@mtb.com | |
| | | Jul 07 2026 21:20:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521212600 | | Email/Text: camanagement@mtb.com | |
| | | Jul 07 2026 21:20:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 521212602 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 07 2026 21:29:04 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 521212605 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 07 2026 21:20:00 | Mr Cooper, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 521212604 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 07 2026 21:20:00 | Mr Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 521212608 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Jul 07 2026 21:21:00 | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 521212606 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Jul 07 2026 21:21:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 521212610 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Jul 07 2026 21:21:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 521212613 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jul 07 2026 21:21:00 | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 521212612 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jul 07 2026 21:21:00 | Nelnet, Attn: Bankruptcy Department, P.O.Box 82505, Lincoln, NE 68501-2505 |
| 521212614 | + Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Jul 07 2026 21:20:00 | Ocwen Loan Servicing, LLC, Attn. Bankruptcy, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 521212615 | + Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Jul 07 2026 21:20:00 | Ocwen Loan Servicing, LLC, 1 Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 521212618 | + Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Jul 07 2026 21:20:00 | PHH Mortgage, Attn: Bankrutpcy, P.O.Box 24736, West Palm Beach, FL 33416-4736 |

District/off: 0312-2                          User: admin                                    Page 4 of 7
Date Rcvd: Jul 07, 2026                    Form ID: pdf901                          Total Noticed: 96

| | | | |
|---|---|---|---|
| 521212619 | + Email/Text: BKEBN-Notifications@ocwen.com | Jul 07 2026 21:20:00 | PHH Mortgage, 1661 Worthington Rd, West Palm Beach, FL 33409-6488 |
| 521212617 | + Email/Text: bkrgeneric@penfed.org | Jul 07 2026 21:19:00 | Pentagon Federal Credit Union, 1001 N Fairfax St, Alexandria, VA 22314-1797 |
| 521212616 | + Email/Text: bkrgeneric@penfed.org | Jul 07 2026 21:19:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 521212622 | + Email/PDF: ProsperBKDetection@resurgent.com | Jul 07 2026 21:28:57 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 521212620 | + Email/PDF: ProsperBKDetection@resurgent.com | Jul 07 2026 21:28:49 | Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 521232948 | Email/Text: bnc-quantum@quantum3group.com | Jul 07 2026 21:20:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 521212629 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 07 2026 21:20:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521212624 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 07 2026 21:21:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 521212625 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 07 2026 21:21:00 | Santander Consumer USA, Inc, Po Box 961211, Fort Worth, TX 76161-0211 |
| 521212626 | ^ MEBN | Jul 07 2026 21:20:36 | Specialized Loan Servicing, P.O.Box 10826, Greenville, SC 29603-0826 |
| 521212628 | + Email/PDF: cbp@omf.com | Jul 07 2026 21:28:47 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 521212630 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2026 21:28:55 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521212632 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2026 21:28:46 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 521212635 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2026 21:28:46 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 521212634 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2026 21:29:02 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 521212636 | ^ MEBN | Jul 07 2026 21:19:29 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521212637 | ^ MEBN | Jul 07 2026 21:19:41 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 521212639 | + Email/Text: bankruptcy@bbandt.com | Jul 07 2026 21:20:00 | Truist Financial, Po Box 849, Wilson, NC 27894-0849 |
| 521212638 | + Email/Text: bankruptcy@bbandt.com | Jul 07 2026 21:20:00 | Truist Financial, Attn: Bankruptcy, 214 N Tryon St Ste 3, Charlotte, NC 28202-1023 |
| 521248899 | + Email/Text: Claims@cri.studentaid.gov | Jul 07 2026 21:20:00 | U.S. Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 521212646 | + Email/Text: bankruptcynotices@sba.gov | Jul 07 2026 21:20:00 | US Small Business Administration, Disaster Assistance, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 521212643 | + Email/Text: bankruptcynotices@sba.gov | Jul 07 2026 21:20:00 | US Small Business Administration, ATTN: District Counsel, Two Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 521212644 | + Email/Text: bankruptcynotices@sba.gov | Jul 07 2026 21:20:00 | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

District/off: 0312-2                          User: admin                                    Page 5 of 7

Date Rcvd: Jul 07, 2026                       Form ID: pdf901                                Total Noticed: 96

| | | | | |
|---|---|---|---|---|
| 521212647 | + Email/Text: bankruptcynotices@sba.gov | Jul 07 2026 21:20:00 | US Small Business Administration, 2 Gateway Center, Suite 1002, Newark, NJ 07102-5006 |
| 521212645 | Email/Text: bankruptcynotices@sba.gov | Jul 07 2026 21:21:00 | US Small Business Administration, PO Box 740192, Atlanta, GA 30374-0192 |
| 521212651 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jul 07 2026 21:28:55 | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 521212648 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jul 07 2026 21:28:56 | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Mac D1127-028, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 85

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521212511 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 521212510 | *+ | Affinity Federal Credit Union, Attn: Bankruptcy, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 521212513 | *+ | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 521212514 | *+ | Affinity Federal Credit Union, 73 Mountain View Blvd, Basking Ridge, NJ 07920-2332 |
| 521245026 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521245027 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521212518 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212519 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212520 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212521 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212522 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212523 | *+ | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521212525 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212526 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212527 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212528 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212529 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212530 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 521212534 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521212536 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521212538 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212539 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212540 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212541 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212542 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212543 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212544 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212545 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212546 | *+ | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |
| 521212548 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212549 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212550 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212551 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212552 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212553 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212554 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212555 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212556 | *+ | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 521212563 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521212564 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 521212560 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521212561 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521212583 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1626, address filed with court:, Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |

District/off: 0312-2      User: admin      Page 6 of 7

Date Rcvd: Jul 07, 2026      Form ID: pdf901      Total Noticed: 96

| | | |
|---|---|---|
| 521212585 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1601 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1626, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 521255647 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521255860 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521212590 | *+ | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521212591 | *+ | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521212592 | *+ | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521212593 | *+ | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 521212595 | *+ | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 521212596 | *+ | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 521212597 | *+ | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 521212598 | *+ | Lending Club, 88 Kearny Street, San Francisco, CA 94108-5530 |
| 521212609 | *+ | Navy Fcu, One Security Place, Merrifield, VA 22119-0001 |
| 521212607 | *+ | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 521212611 | *+ | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 521212623 | *+ | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 521212621 | *+ | Prosper Funding LLC, Attn: Bankruptcy, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 521212627 | *+ | Specialized Loan Servicing, P. O. Box 10826, Greenville, SC 29603-0826 |
| 521212631 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521212633 | *+ | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 521212652 | *+ | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 521212653 | *+ | Wells Fargo Dealer Services, Po Box 71092, Charlotte, NC 28272-1092 |
| 521212649 | *+ | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Mac D1127-028, Po Box 71092, Charlotte, NC 28272-1092 |
| 521212650 | *+ | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Mac D1127-028, Po Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 0 Undeliverable, 66 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Schaffer | on behalf of Creditor Affinity Federal Credit Union bschaffer@slgcollect.com  anovoa@slgcollect.com |
| David G. Beslow | on behalf of Debtor Jeff H Brown ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6