UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on August 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  JEFF H BROWN

Case No.:  26-15422MEH

Hearing Date:  8/5/2026

Judge:  MARK E. HALL

## AMENDED INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: August 6, 2026

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s):   JEFF H BROWN

Case No.:  26-15422MEH

Caption of Order:    AMENDED INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 08/05/2026 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must provide the Trustee with the last filed pre-petition tax return; certifications from all four contributors as well as current proof of income for the contributors by 8/12/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that the Debtor must become current through July 2026 and same must be received and posted by the Trustee by 8/12/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that the Debtor must provide the Trustee with a copy of the filed 2025 tax returns; and proof of the filed 2024 tax returns by 8/26/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

- ORDERED, that the Debtor must become current through August 2026 and same must be received and posted by the Trustee by 8/31/2026 or the case will be dismissed with no further hearing or notice to Debtor or Debtor's attorney; and it is further

ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 9/2/2026 at 9:45 AM.